# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Ray E. Bass, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:16-cv-00185-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 2, 2017 Order.

May 2, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court